# IN THE SUPREME COURT OF THE STATE OF NEVADA

ROGER RAPHAEL BROWN,
                Appellant,

vs.

THE STATE OF NEVADA,
                Respondent.

No. 74601

**FILED**

MAR 05 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order denying a motion for transcripts at state expense. Second Judicial District Court, Washoe County; Egan K. Walker, Judge.

Because no statute or court rule permits an appeal from an order denying a motion for transcripts at state expense, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Cherry

_____, J.
Parraguirre

_____, J.
Stiglich

cc:    Hon. Egan K. Walker, District Judge
       Roger Raphael Brown
       Attorney General/Carson City
       Washoe County District Attorney
       Washoe District Court Clerk

18-08490